I would like to come out to your honors in the name of Senator Donovan, in terms of his experiences, and his health crisis, he wants you to give us some update on this. I understand that it's a serious case. I'm seeking review of the court's initial findings, and I will seek also review of the trial, at least on the basis of justice. It's a petition for review. Senator E. Loretta E. Lynch, the court provides that there are two explanations of this decision. As well as Mr. Sotomayor's law, it's a report to the jury. The report to the jury is a motion to be opened on three grounds. First, the cross-court basis of the outcome of this appeal. Second, the court, um, seeks to require the Supreme Court justices to present a question on the final sentence, which is set forth by the Supreme Court in this court's decision. For starters, it will steer version for the board, which is that it will allow the agency to find the time and force to turn the order in its interest. Because, um, it's under the motion, as we find in the case, the final administrative order of removal is in this case, so, um, by the immigration statute. Um, and, um, in this case, it's an order. So, as you find, the board can also file a motion to rescind, um, a case, a case that already exists, and a motion to rescind is not the same as a motion to be held. A motion to rescind is filed just to rescind the administrative order, and in this case, the government, um, uses the term motion to rescind and a motion to reopen it interstitially, within all these circumstances. Second, the board should, actually, ask why, um, the petitioner did not justify his actions. In this case, it concludes with a statement, and this fails to, um, address the objections. This is also why this court wouldn't use, This court can only defer for, um, the agency that receives the petition. This also fails to qualify the agency. In this case, the board did not do that. The board did not inquire into the clear consensus for this order to be removed. The motion is submitted in this way. The final jurors, the board, there is a better model, even though to that position, I remember, um, just to provide a bit of detail, as is, um, with those groups, um, they often exclaim in some instances that they removed it from the council. She also provided evidence that although the council was not aware of the allegations, the agency is also resubmitting, um, promotional certificates that is complete with the C.R. results, and with the motion. The board rejected all of that. It's not providing any solutions. This is why that is, of course, um, not suspicious. And we believe that, um, to increase that position, the board, um, fails to provide an answer to this petition. This is not an objection. This is not a challenge. This is not an objection. Thank you, Your Honor. Um, as you mentioned, we have a motion as well as a second. And the petitioner, Noel Anthony, the performing counsel, is present as an objection. He represents here for a long time period. Um, he, he represented here in the past, he was, you know, a performer, but he's the most interesting. He represented here in the final, uh, submissions before, um, he participated for review in this court. Um, I would like to, um, explain what the board meant, uh, currently as a, as a petitioner. Um, if everybody can hear me, um, um, it'd be fine to, um, explain what the board meant. Um, but that's, that's not the national basis of the Supreme Court itself. Um, it's the conclusion of the rapid city. So, you know, we find it's the most important of the human rights issues. Um, you know, I don't mean to be fast, but in this case, the evidence was clear that the former counsel, um, provided an effective counsel. Um, these years, some of the evidence is more close to hearsay. It's a clear claim per se, um, by the former counsel. And the former counsel did better than in this case. The other accused, um, even in assuming that the, the, the concept of um, that the Supreme Court requires a lot of motions to be held in, um, the, the courts, um, require suing compliance with their, um, thought of by counsel's, um, conduct was particularly in the case of the accused, or, because that case was under the jurisdiction of the accused. Um, at the end of this one, we get some sort of analysis from the defendants. Absolutely, Your Honor. Clearly, in the case of the accused, um, he only provided examples in a motion to reopen some of the accused's families. So that the person who has been killed is not likely to have a lot of work or motion to say, um, a proposal about the case in person. The issue is not whether the person can receive their money. The person who can receive can be provided, um, by a defendant, as was, um, instructed such evidently in the case. So we are not seeking justice in the court. Um, we are just seeking a motion to reopen. We find a motion to reopen so that the defendant has the opportunity to present a follow-up motion in person to the accused. Thank you. Thank you. I would like to call on the defense attorney to make his closing statement. Thank you, Your Honor. I would like to call on the defense attorney to make his closing statement. Thank you. Thank you. I would like to call on the defense attorney to make his closing statement. Thank you. Thank you. Good afternoon. I'm sorry. It's a little bit of a of a day in the life of a        I'm a father. I'm a father. I'm a father. I'm a father. And I think we're doing an opportunity to thank our And I think we're doing an opportunity to thank our co 2009 That's my own. Thank you very much. So I would just like to point out that this new stand-up existence was probably somewhere since I was a kid, especially after a few months, when I chose to stand and be advocated for on Courage Council. Before I became very advocated on Courage Council, you mentioned that the former Chancellor told him that he had to get his task done to be advocated. So another thing for me, he also carried it out since first, the strategic set of decisions by a person without an advocate. And secondly, he proposed that this order, excuse me, has two branches. The Chancellor introduced it because the motion, as you say, was signed by the former Chancellor, so it was fine. And then he essentially said, which is that it has to be made by other people. And thirdly, the Chancellor introduced this motion as to whether it was required to introduce the motion, and if the councils are required to sign, excuse me, to be advocated with the motion. So this is, yes, he's arguing that the motion had, that the notice was expected. In this case, a lot of councils are arguing that the notice was expected. So now it's for you to establish either non-receipt of the notice or, except in certain circumstances, affidavit must be required. And finally, the former Chancellor held in urgency to file the motion. He said, personally, that it was important to file the motion. And that's how he did it. Yes, sir. The Chancellor said that it may be used in the notices to increase the deeming and recognition to the majority of councils. Yes, sir. And that's correct. The financial framework, that is, any council which is elected. Exactly. That's exactly what he said. And even though in their classes where there was just two children, there was a small group of the professionals filing earlier, in that first critical affidavit, but it had been an affidavit of address, but then the petition was moved. It was actually moved in 2008. Now the affidavit is, now the affidavit is subject to the most general, most general, speed. It's a speedy, very easy to reach October, to come in with the, after the jury orders, the money has been mailed. So, you're right. We don't need any more judges. It's obvious in this case. The BIA is considered the most moderate of the groups. The BIA, having the biggest portion of the world, the corruption, fraud, misdemeanority, and a vast,    a vast, a vast, a vast, a vast, a vast, a vast, a vast, a vast, a vast, a vast, a vast, a vast,          But they paid $800,000 50 times. But they paid $800,000 50 times.  you know, it's really hard to get the big donations. It's hard to get the big donations. Especially by any single person are some considers people, obviously, the former counsel was suspected. For example, the CHS, the former counsel was suspected. He suspected that something was wrong with the fact, in this case, the deceased John Spence, the former counsel, was suspected. Later on, as you'll see for yourself, as you'll see for yourself, he was here on earth, and he was in a certain place  He was here on earth, and he was in a certain place and it was in a certain time period. He was here on earth, and he was in a certain time period.
judges: Reinhardt, Thomas, Christen